# EXHIBIT 6

Case 2:25-cv-02429-JFM     Document 1-6     Filed 05/13/25     Page 1 of 18

**BOCHETTO & LENTZ, P.C.**
By:   George Bochetto, Esquire
      David P. Heim, Esquire
      Bryan R. Lentz, Esquire
      Kean C. Maynard, Esquire
Identification Nos. 27783, 84323, 71383, 327794
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900                                    *Attorneys for Plaintiff*
(215) 735-2455 fax
gbochetto@bochettoandlentz.com
dheim@bochettoandlentz.com
blentz@bochettoandlentz.com
kmaynard@bochettoandlentz.com

| | |
|---|---|
| **BETH ANN MCCAFFERY**        : | COURT OF COMMON PLEAS |
| : | BUCKS COUNTY, |
| *Plaintiff*,        : | PENNSYLVANIA |
| : | |
| v.        : | |
| : | NO. 2025-01954 |
| **NEW YORK UNIVERSITY**        : | |
| **SCHOOL OF LAW**, *et al.*        : | <u>**JURY TRIAL DEMANDED**</u> |
| : | |
| *Defendants*.        : | |
| : | |

<u>**PRAECIPE**</u>

TO THE PROTHONOTARY:

Kindly note that Plaintiff's name was inadvertently entered incorrectly on the Writ of Summons.

Kindly correct Plaintiff's name as follows: <u>Beth Ann McCaffery</u>.  Please also correct the caption accordingly, as demonstrated above.

                                                **BOCHETTO & LENTZ, P.C.**

Dated: March 20, 2025          By:    */s/ Bryan R. Lentz, Esquire*
                                                BRYAN R. LENTZ, ESQUIRE

Case# 2025-01954-2 - JUDGE:41 Received at County of Bucks Prothonotary on 03/21/2025 1:43 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: David Paul Heim, Esq.

**BOCHETTO & LENTZ, P.C.**
By:    George Bochetto, Esquire
        David P. Heim, Esquire
        Bryan R. Lentz, Esquire
        Kean C. Maynard, Esquire
Identification Nos. 27783, 84323, 71383, 327794
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900                                  *Attorneys for Plaintiff*
(215) 735-2455 fax
gbochetto@bochettoandlentz.com
dheim@bochettoandlentz.com
blentz@bochettoandlentz.com
kmaynard@bochettoandlentz.com

| | | |
|---|---|---|
| **BETH ANN MCCAFFERY** | : | COURT OF COMMON PLEAS |
| | : | BUCKS COUNTY, |
| *Plaintiff*, | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | NO. 2025-01954 |
| **NEW YORK UNIVERSITY** | : | |
| **SCHOOL OF LAW**, *et al.* | : | **JURY TRIAL DEMANDED** |
| | : | |
| *Defendants*. | : | |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Plaintiff, Beth Ann McCaffery, in the above-captioned matter.

                                                                        **BOCHETTO & LENTZ, P.C.**

Dated:  March 21, 2025                   By:    */s/ David P. Heim*
                                                                   DAVID P. HEIM, ESQUIRE

Case# 2025-01954-3 - JUDGE:41 Received at County of Bucks Prothonotary on 03/21/2025 1:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: GEORGE BOCHETTO, ESQ.

**BOCHETTO & LENTZ, P.C.**
By:   George Bochetto, Esquire
      David P. Heim, Esquire
      Bryan R. Lentz, Esquire
      Kean C. Maynard, Esquire
Identification Nos. 27783, 84323, 71383, 327794
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900                       *Attorneys for Plaintiff*
(215) 735-2455 fax
gbochetto@bochettoandlentz.com
dheim@bochettoandlentz.com
blentz@bochettoandlentz.com
kmaynard@bochettoandlentz.com

| | |
|---|---|
| **BETH ANN MCCAFFERY**   : | COURT OF COMMON PLEAS |
|   : | BUCKS COUNTY, |
| *Plaintiff*,   : | PENNSYLVANIA |
|   : | |
| v.   : | |
|   : | NO. 2025-01954 |
| **NEW YORK UNIVERSITY**   : | |
| **SCHOOL OF LAW**, *et al.*   : | **JURY TRIAL DEMANDED** |
|   : | |
| *Defendants*.   : | |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Plaintiff, Beth Ann McCaffery, in the above-captioned matter.

                                                              **BOCHETTO & LENTZ, P.C.**

Dated: March 21, 2025               By:   */s/ George Bochetto*
                                                                GEORGE BOCHETTO, ESQUIRE

Case# 2025-01954-4 - JUDGE:41 Received at County of Bucks Prothonotary on 03/21/2025 1:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Kean Maynard, Esq.

**BOCHETTO & LENTZ, P.C.**
By:   George Bochetto, Esquire
       David P. Heim, Esquire
       Bryan R. Lentz, Esquire
       Kean C. Maynard, Esquire
Identification Nos. 27783, 84323, 71383, 327794
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900                                 *Attorneys for Plaintiff*
(215) 735-2455 fax
gbochetto@bochettoandlentz.com
dheim@bochettoandlentz.com
blentz@bochettoandlentz.com
kmaynard@bochettoandlentz.com

| | | |
|---|---|---|
| **BETH ANN MCCAFFERY** | : | COURT OF COMMON PLEAS |
| | : | BUCKS COUNTY, |
| *Plaintiff,* | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | NO. 2025-01954 |
| **NEW YORK UNIVERSITY** | : | |
| **SCHOOL OF LAW**, *et al.* | : | **JURY TRIAL DEMANDED** |
| | : | |
| *Defendants.* | : | |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Plaintiff, Beth Ann McCaffery, in the above-captioned matter.

                                                                     **BOCHETTO & LENTZ, P.C.**

Dated: March 21, 2025                  By:   */s/ Kean C. Maynard*
                                                                KEAN C. MAYNARD, ESQUIRE

Case# 2025-01954-6 - JUDGE:41 Received at County of Bucks Prothonotary on 04/29/2025 2:33 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: John S. Summers, Esq.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
By:  John S. Summers (Atty ID No. 41854)
     Jason A. Levine (Atty. I.D. No. 306446)
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Counsel for Defendant, Patricia Cummings*

| | |
|---|---|
| BETH ANN MCCAFFREY,<br><br>*Plaintiff,*<br><br>v.<br><br>NEW YORK UNIVERSITY SCHOOL OF LAW, *et al.*<br><br>*Defendants.* | COURT OF COMMON PLEAS<br>BUCKS COUNTY<br><br>NO. 2025-01954 |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter the appearance of John S. Summers of the law firm Hangley Aronchick Segal Pudlin & Schiller on behalf of defendant Patricia Cummings, in the above-captioned action.

Dated: April 29, 2025

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:  */s/ John S. Summers*
     John S. Summers (Atty ID No. 41854)
     Jason A. Levine (Atty ID No. 306446)
     One Logan Square, 27th Floor
     Philadelphia, PA 19103-6993
     (215) 568-6200

*Counsel for Defendant, Patricia Cummings*

Case# 2025-01954-6 - JUDGE:41 Received at County of Bucks Prothonotary on 04/29/2025 2:33 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: John S. Summers, Esq.

## CERTIFICATE OF SERVICE

I, John S. Summers, certify that on April 29, 2025, I caused a true and correct copy of the foregoing Entry of Appearance to be filed with the Court using the Electronic Case Filing System, which will send a notification to all counsel of record and via first class mail on the below:

New York University School of Law
70 Washington Square South
New York, NY 10012

New York University
70 Washington Square South
New York, NY 10012

*Defendants*

/s/ John S. Summers
John S. Summers

Case# 2025-01954-7 - JUDGE:41 Received at County of Bucks Prothonotary on 04/29/2025 2:37 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Jason A. Levine, Esq.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
By: John S. Summers (Atty ID No. 41854)
    Jason A. Levine (Atty. I.D. No. 306446)
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Counsel for Defendant, Patricia Cummings*

| | |
|---|---|
| BETH ANN MCCAFFREY,<br>    *Plaintiff,*<br>v.<br>NEW YORK UNIVERSITY SCHOOL OF LAW, *et al.*<br>    *Defendants.* | COURT OF COMMON PLEAS<br>BUCKS COUNTY<br><br>NO. 2025-01954 |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter the appearance of Jason A. Levine of the law firm Hangley Aronchick Segal Pudlin & Schiller on behalf of defendant Patricia Cummings, in the above-captioned action.

|  |  |
|---|---|
| Dated: April 29, 2025 | HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br><br>By:   */s/ Jason A. Levine*<br>    John S. Summers (Atty ID No. 41854)<br>    Jason A. Levine (Atty ID No. 306446)<br>   One Logan Square, 27th Floor<br>   Philadelphia, PA 19103-6993<br>   (215) 568-6200<br><br>*Counsel for Defendant, Patricia Cummings* |

Case# 2025-01954-7 - JUDGE:41 Received at County of Bucks Prothonotary on 04/29/2025 2:37 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Jason A. Levine, Esq.

## CERTIFICATE OF SERVICE

I, Jason A. Levine, certify that on April 29, 2025, I caused a true and correct copy of the foregoing Entry of Appearance to be filed with the Court using the Electronic Case Filing System, which will send a notification to all counsel of record and via first class mail on the below:

New York University School of Law
70 Washington Square South
New York, NY 10012

New York University
70 Washington Square South
New York, NY 10012

*Defendants*

/s/ Jason A. Levine
Jason A. Levine

IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA
CIVIL DIVISION

BETH ANN MCCAFFERY

vs.

NEW YORK UNIVERSITY SCHOOL OF LAW

NO. 2025-01954

**PRAECIPE AND RULE TO FILE**

**TO THE PROTHONOTARY/CLERK OF SAID COURT;**

Issue rule upon BETH ANN MCCAFFERY to file a complaint in the above case within twenty (20) days after service of the rule or upon praecipe, suffer a judgment of non pros.

Date: 04/29/2025

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

John S. Summers, Esq.
Filing Party

41854
ID Number

Firm Name

Hangley Aronchick et al, One Logan Sq 27th Fl
Address

Philadelphia, PA 19103

(215) 496-7007
Phone

NOW, 04/29/2025, A RULE IS ISSUED AS ABOVE.



*Coleen Christian*
PROTHONOTARY

Marie L DiSalvo
Deputy

Case# 2025-01954-8 - JUDGE:41 Received at County of Bucks Prothonotary on 04/29/2025 2:46 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: John S. Summers, Esq.

## CERTIFICATE OF SERVICE

I, John S. Summers, certify that on April 29, 2025, I caused a true and correct copy of the foregoing Praecipe and Rule to File A Complaint to be filed with the Court using the Electronic Case Filing System, which will send a notification to all counsel of record and via first class mail on the below:

New York University School of Law
70 Washington Square South
New York, NY 10012

New York University
70 Washington Square South
New York, NY 10012

*Defendants*

/s/ *John S. Summers*
John S. Summers

Case# 2025-01954-10 - JUDGE:41 Received at County of Bucks Prothonotary on 05/01/2025 1:08 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: GEORGE BOCHETTO, ESQ.

**BOCHETTO & LENTZ, P.C.**
By:  George Bochetto, Esquire
     David P. Heim, Esquire
     Bryan R. Lentz, Esquire
     Kean C. Maynard, Esquire
Identification Nos. 27783, 84323, 71383, 327794
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
(215) 735-2455 fax
gbochetto@bochettoandlentz.com
dheim@bochettoandlentz.com
blentz@bochettoandlentz.com
kmaynard@bochettoandlentz.com

*Attorneys for Plaintiff*

| | |
|---|---|
| **BETH ANN MCCAFFERY** | COURT OF COMMON PLEAS |
| | BUCKS COUNTY, |
| *Plaintiff,* | PENNSYLVANIA |
| v. | |
| | NO. 2025-01954 |
| **NEW YORK UNIVERSITY SCHOOL OF LAW**, *et al.* | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## AFFIDAVIT OF SERVICE

I, *George Bochetto, Esquire*, do hereby state that a true and correct copy of the Writ of Summons in connection with this matter was served upon Defendant, Patricia Cummings on April 30, 2025. (See **Exhibit "1"** attached hereto.)

I hereby swear and affirm that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the above statements are willfully false, I am subject to punishment.

Dated: May 1, 2025

By:  **BOCHETTO & LENTZ, P.C.**

*/s/ George Bochetto*
George Bochetto, Esquire
*Attorney for Plaintiff*

Case# 2025-01954-10 - JUDGE:41 Received at County of Bucks Prothonotary on 05/01/2025 1:08 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: GEORGE BOCHETTO, ESQ.

# Exhibit 1

**BOCHETTO & LENTZ, P.C.**
By:   George Bochetto, Esquire
      David P. Heim, Esquire
      Bryan R. Lentz, Esquire
      Kean C. Maynard, Esquire
Identification Nos. 27783, 84323, 71383, 327794
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900                                    *Attorneys for Plaintiff*
(215) 735-2455 fax
gbochetto@bochettoandlentz.com
dheim@bochettoandlentz.com
blentz@bochettoandlentz.com
kmaynard@bochettoandlentz.com

| | |
|---|---|
| **BETH ANN MCCAFFERY** | COURT OF COMMON PLEAS |
| | BUCKS COUNTY, |
| *Plaintiff,* | PENNSYLVANIA |
| v. | |
| | NO. 2025-01954 |
| **NEW YORK UNIVERSITY** | |
| **SCHOOL OF LAW**, *et al.* | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## AFFIDAVIT

My name is Maria Trout and I am an adult individual of sound mind and a paralegal at Bochetto & Lentz, P.C. attest hereto that I served the Writ of Summons filed in this matter upon counsel for Defendant, Patricia Cummings who accepted service on her behalf on 4/30/25. See attached Acceptance of Service Email marked as Ex. A hereto.

Dated: 5/1/25                                    _____
                                                  Maria Trout

Case# 2025-01954-10 - JUDGE:41 Received at County of Bucks Prothonotary on 05/01/2025 1:08 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: GEORGE BOCHETTO, ESQ.

# Exhibit "A"

Case# 2025-01954-10 - JUDGE:41 Received at County of Bucks Prothonotary on 05/01/2025 1:08 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: GEORGE BOCHETTO, ESQ.

| | |
|---|---|
| **From:** | Levine, Jason A. |
| **To:** | "Maria Trout"; Summers, John S. |
| **Cc:** | "George Bochetto"; "Bryan Lentz" |
| **Subject:** | RE: McCaffery v. New York University School of Law, et al. |
| **Date:** | Wednesday, April 30, 2025 4:16:25 PM |
| **Attachments:** | image001.png |

Maria, we accept service of the Writ of Summons.

Regards,
Jason

Jason A. Levine
Phone: 215-496-7038
jlevine@hangley.com


**From:** Levine, Jason A.
**Sent:** Wednesday, April 30, 2025 1:13 PM
**To:** 'Maria Trout' <mtrout@bochettoandlentz.com>; Summers, John S. <jss@hangley.com>
**Cc:** George Bochetto <gbochetto@bochettoandlentz.com>; Bryan Lentz <blentz@bochettoandlentz.com>
**Subject:** RE: McCaffery v. New York University School of Law, et al.

Hi Maria, we will let you know about service after we discuss with our client.

Regards,
Jason

Jason A. Levine
Phone: 215-496-7038
jlevine@hangley.com


**From:** Maria Trout <mtrout@bochettoandlentz.com>
**Sent:** Wednesday, April 30, 2025 11:16 AM
**To:** Summers, John S. <jss@hangley.com>; Levine, Jason A. <jal@hangley.com>
**Cc:** George Bochetto <gbochetto@bochettoandlentz.com>; Bryan Lentz <blentz@bochettoandlentz.com>
**Subject:** McCaffery v. New York University School of Law, et al.

**[EXTERNAL EMAIL - This message originated outside Hangley Aronchick.]**

Good morning Mr. Summers and Mr. Levine,
??
I am following up on my email below from yesterday.?? Can you please advise if you will accept service on behalf of Patricia Cummings.

BOCHETTO & LENTZ - PA - 20250425094650

**IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA**

Job Number 1774245

**AFFIRMATION OF SERVICE**

Index no : 2025 01954

| Plaintiff: | BETH ANN MCCAFFREY |
|---|---|
| Defendant: | NEW YORK UNIVERSITY SCHOOL OF LAW, ET AL |

STATE OF NEW YORK
COUNTY OF NASSAU        ss.:




**Wilson P Pastoriza**, the undersigned, affirm that

On **05/05/2025** at **10:36 AM**, I served the within **CIVIL COVER SHEET, PRAECIPE TO REINSTATE/REISSUE, PRAECIPE FOR SUMMONS, WRIT, PRAECIPE FOR SUMMONS** on **NEW YORK UNIVERSITY** at **70 WASHINGTON SQUARE SOUTH, NEW YORK, NY 10012** in the manner indicated below:

By delivering a true copy of said documents to **Kimberly G , GENERAL AGENT** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **NEW YORK UNIVERSITY**, and the recipient responded in the affirmative.

Comments:

The perceived description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex/Gender | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown/African American | Brown | 55-65 | 5ft 4- 5ft 8 | 161-200 lbs |
| Other Features: **Glasses** | | | | | |

I affirm this 7th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
Wilson P Pastoriza
License#: 2122372
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056

Case# 2025-01954-11 - JUDGE:41 Received at County of Bucks Prothonotary on 05/08/2025 11:16 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: GEORGE BOCHETTO, ESQ.

BOCHETTO & LENTZ - PA - 20250425094321

**IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA**

Job Number 1774244

**AFFIRMATION OF SERVICE**

Index no : 2025 01954

| Plaintiff: | BETH ANN MCCAFFREY |
|---|---|
| Defendant: | NEW YORK UNIVERSITY SCHOOL OF LAW, ET AL |

STATE OF NEW YORK
COUNTY OF NASSAU      ss.:


*1774244*


**Wilson P Pastoriza**, the undersigned, affirm that

On **05/05/2025** at **10:36 AM**, I served the within **CIVIL COVER SHEET, PRAECIPE TO REINSTATE/REISSUE, PRAECIPE FOR SUMMONS, WRIT, PRAECIPE FOR SUMMONS** on **NEW YORK UNIVERSITY SCHOOL OF LAW** at **70 WASHINGTON SQUARE SOUTH, NEW YORK, NY 10012** in the manner indicated below:

By delivering a true copy of said documents to **Kimberly G , GENERAL AGENT** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **NEW YORK UNIVERSITY SCHOOL OF LAW**, and the recipient responded in the affirmative.

Comments:

The perceived description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex/Gender | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown/African American | Brown | 55-65 | 5ft 4- 5ft 8 | 161-200 lbs |
| Other Features: **Glasses** | | | | | |

I affirm this 7th day of May, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X 
Wilson P Pastoriza
License#: 2122372
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION,NJ 07083
908-687-0056

Case# 2025-01954-12 - JUDGE:41 Received at County of Bucks Prothonotary on 05/08/2025 11:18 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: GEORGE BOCHETTO, ESQ.