AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| BETH ANN MCCAFFERY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-02429-JFM |
| NEW YORK UNIVERSITY SCHOOL OF LAW, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants New York University School of Law and New York University.

Date:   05/20/2025

/s/ Geoffrey S. Brounell
*Attorney's signature*

Geoffrey S. Brounell (326522)
*Printed name and bar number*
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

*Address*

geoffreybrounell@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*

Print     Save As...     Reset