IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BETH ANN MCCAFFERY,
    Plaintiff,

v.

NEW YORK UNIVERSITY SCHOOL OF LAW, et al.,
    Defendants.

Case Number: 2:25-cv-02429-JFM

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[ ] GRANTED. The Clerk is DIRECTED to add Jeremy A. Chase, Esquire as counsel for New York University School of Law and New York University. Mr. Chase is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

_____
JOHN F. MURPHY, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-02429-JFM

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Jeremy A. Chase the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent NYU School of Law and NYU . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| New York | 03/29/2010 | 4822946 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| New Jersey | 06/20/2020 | 293052020 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| 2d Cir., 11th Cir. | 2018, 2024 | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| S.D.N.Y., E.D.N.Y. | 2010 | JC5562 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| D.N.J. | 2020 | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for New York University School of Law and New York University

Name of Attorney: Jeremy A. Chase

Firm Address: Davis Wright Tremaine LLP, 1251 Ave. of the Americas, 21 Fl., New York, NY 10020

Telephone Number: (212) 489-8230

Email Address: jeremychase@dwt.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/20/2025
(Date)

(Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jeremy A. Chase to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Geoffrey S. Brounell | /s/ Geoffrey S. Brounell | 03/28/2019 | 326522 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Davis Wright Tremaine LLP, 1251 Ave. of the Americas, 21 Fl., New York, NY 10020

geoffreybrounell@dwt.com

(212) 489-8230

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/20/2025                                                  /s/ Geoffrey S. Brounell
           (Date)                                                                   (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BETH ANN MCCAFFERY,
            Plaintiff,

v.

NEW YORK UNIVERSITY SCHOOL OF LAW, et al.,
            Defendants.

Case Number: 2:25-cv-02429-JFM

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of  Jeremy A. Chase , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Via ECF

George Bochetto, Esq.
David P. Heim, Esq.
Bryan R. Lentz, Esq.
Kean C. Maynard, Esq.
Kiersty DeGroote, Esq.
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA 19102
gbochetto@bochettoandlentz.com
dheim@bochettoandlentz.com
blentz@bochettoandlentz.com
kmaynard@bochettoandlentz.com
kdegroote@bochettoandlentz.com
*Attorneys for Plaintiff Beth Ann McCaffery*

John S. Summers, Esq.
Jason A. Levine, Esq.
Nicholas J. Bellos, Esq.
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
jsummers@hangley.com
jlevine@hangley.com
nbellos@hangley.com
*Attorneys for Defendant Patricia Cummings*

/s/ Geoffrey S. Brounell
(Signature of Attorney)

Geoffrey S. Brounell
(Name of Attorney)

Defendants NYU School of Law and NYU
(Name of Moving Party)

05/20/2025
(Date)