IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETH ANN MCCAFFERY | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | 2:25-cv-02429-JFM |
| v. | : | |
| | : | |
| NEW YORK UNIVERSITY | : | |
| SCHOOL OF LAW, *et al.* | : | **JURY TRIAL DEMANDED** |
| | : | |
| *Defendants*. | : | |
| | : | |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS

Plaintiff, Beth Ann McCaffery ("Plaintiff") and Defendants, New York University, New York University School of Law, and Patricia Cummings (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1.      On June 27, 2025, Defendants filed a Joint Motion to Dismiss. [Doc 21]

2.      Plaintiff's current deadline to respond to Defendants' Joint Motion to Dismiss is July 11, 2025.

3.      Defendants' current deadline to file a reply brief in support of their Joint Motion to Dismiss is July 18, 2025.

4.      The parties have conferred and agreed to extend Plaintiff a 20-day extension of time to respond to Defendants' Joint Motion to Dismiss.

5.      Accordingly, Plaintiff's deadline to respond to Defendants' Joint Motion to Dismiss shall be extended to a new deadline, 20 days after the original, or July 31, 2025.

6.      The parties have also conferred and agreed to extend Defendants' time to file a reply brief in support of their Joint Motion to Dismiss to 14 days after the new deadline for Plaintiff to oppose Defendants' Joint Motion to Dismiss.

7.      Accordingly, Defendants' deadline to file a joint reply brief in support of their Joint Motion to Dismiss shall be extended to August 14, 2025.

8.      This stipulation does not alter any other deadlines in the case.


THEREFORE, THE PARTIES STIPULATE AND MOVE THIS COURT TO ENTER AN ORDER AS FOLLOWS:

1.      Plaintiff's response to Defendants' Joint Motion to Dismiss shall be filed by July 31, 2025.

2.      Defendants' reply in support of their Joint Motion to Dismiss shall be filed by August 14, 2025.


Dated:  July 1, 2025                              */s/ George Bochetto*
                                                  George Bochetto, Esquire
                                                  David P. Heim, Esquire
                                                  Bryan R. Lentz, Esquire
                                                  Kean C. Maynard, Esquire
                                                  Kiersty DeGroote, Esquire
                                                  BOCHETTO & LENTZ, P.C.
                                                  1524 Locust Street
                                                  Philadelphia, PA 19102
                                                  gbochetto@bochettoandlentz.com
                                                  dheim@bochettoandlentz.com
                                                  blentz@bochettoandlentz.com
                                                  kmaynard@bochettoandlentz.com
                                                  kdegroote@bochettoandlentz.com
                                                  *Attorneys for Plaintiff*

Dated:  July 1, 2025

*/s/ John S. Summers*
John S. Summers, Esquire
Jason A. Levine, Esquire
Nicholas Jordan Bellos, Esquire
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
jsummers@hangley.com
jlevine@hangley.com
nbellos@hangley.com
*Attorneys for Defendant, Patricia Cummings*


Dated:  July 1, 2025

*/s/ Jeremy A. Chase*
Geoffrey S. Brounell, Esquire
Jeremy A. Chase, Esquire (*Pro Hac Vice*)
Raphael Holoszyc-Pimentel, Esquire (*Pro Hac Vice*)
Alexandra Perloff-Giles, Esquire (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE, LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
geoffreybrounell@dwt.com
jeremychase@dwt.com
rhp@dwt.com
alexandraperloffgiles@dwt.com
*Attorneys for Defendants, New York University*
*School of Law and New York University*


**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED: the above Stipulation is approved and all parties shall comply with its provisions.

Dated:  July 1, 2025

_____
HONORABLE JOHN F. MURPHY
U.S. District Judge

3