IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETH ANN MCCAFFERY | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  25-2429 |
| | : | |
| NEW YORK UNIVERSITY SCHOOL OF LAW, NEW YORK UNIVERSITY, PATRICIA CUMMINGS | : : : | |

## ORDER

**AND NOW**, this 13th day of August 2025, upon considering the parties' stipulation to extend time (DI 27), it is **ORDERED**:

1.  Defendants' joint motion to dismiss (DI 21) is **DENIED as moot**.

2.  Defendants shall file an answer or other response to the amended complaint (DI 26) no later than **September 5, 2025**.

3.  If defendants elect to file another motion to dismiss, the memorandum may be up to 35 pages.

4.  The other relief sought in the stipulation (DI 27) may be raised if and when defendants file another motion to dismiss.

_____
MURPHY, J.