IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

BETH ANN McCAFFERY,

        Plaintiff,

    - against -

NEW YORK UNIVERSITY SCHOOL OF LAW,
NEW YORK UNIVERSITY, PATRICIA
CUMMINGS, JOHN DOE, and JANE DOE

        Defendants.

No. 2:25-cv-02429-JFM

---

## DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants New York University[1] and Patricia Cummings hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiff's Amended Complaint and awarding Defendants' attorneys' fees, costs, and expenses under 42 Pa. Cons. Stat. § 8340.18(a). In support of this Motion, Defendants rely on their accompanying Memorandum of Law, the Declaration of Jeremy A. Chase filed herewith, and the exhibits annexed thereto.

WHEREFORE, Defendants respectfully request that the Court dismiss Plaintiff's Amended Complaint with prejudice and award Defendants' attorneys' fees, costs, and expenses incurred in this matter.

---

[1] Putative Defendant New York University School of Law is not a juridical entity separate from New York University. Rather, it is a school within New York University.

2

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| By:   */s/ Jeremy A. Chase*<br>   Geoffrey S. Brounell<br>   Jeremy A. Chase (*pro hac vice)*<br>   Raphael Holoszyc-Pimentel (*pro hac vice)*<br>   Alexandra Perloff-Giles (*pro hac vice*)<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104 | By:   */s/ John S. Summers*<br>   John S. Summers<br>   Jason A. Levine<br>   Nicholas J. Bellos<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 |
| *Attorneys for Defendants New York University School of Law and New York University* | *Attorneys for Defendant Patricia Cummings* |

Dated: September 5, 2025