IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETH ANN MCCAFFERY | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | 2:25-cv-02429-JFM |
| v. | : | |
| | : | |
| NEW YORK UNIVERSITY | : | |
| SCHOOL OF LAW, *et al.* | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

**ORDER**

PURSUANT TO THE STIPULATION FILED WITH THIS COURT AT ECF 27, IT IS SO

ORDERED: the above Stipulation is approved and Plaintiff's time to file a Response to

Defendants' Motion to Dismiss is hereby extended to October 6, 2025.

Dated: September 12, 2025

_____
HONORABLE JOHN F. MURPHY
U.S. District Judge