**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BETH ANN MCCAFFERY** | : CIVIL ACTION |
| | : |
| v. | : NO.  25-2429 |
| | : |
| **NEW YORK UNIVERSITY SCHOOL** | : |
| **OF LAW, NEW YORK UNIVERSITY,** | : |
| **PATRICIA CUMMINGS** | : |

# ORDER

AND NOW, this 9th day of October 2025, upon considering the defendants' joint motion to dismiss (DI 29), it is **ORDERED** we will hold oral argument on **November 12, 2025** at **2:00P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**MURPHY, J.**