IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------------------- x

BETH ANN McCAFFERY,                                :
                                                   :
                            Plaintiff,             :
                                                   :
                 - against -                       :          No. 2:25-cv-02429-JFM
                                                   :
NEW YORK UNIVERSITY SCHOOL OF LAW,                 :
NEW YORK UNIVERSITY, PATRICIA                      :
CUMMINGS, JOHN DOE, and JANE DOE                   :
                                                   :
                            Defendants.            :
                                                   :
----------------------------------------------------------------------------- x

**ORDER**

    **AND NOW**, this _10th_ day of _____October_____ 2025, upon consideration of

Defendants' October 9, 2025 Letter Request, and in accordance with the Court's Order dated

August 13, 2025 (DI 28), **IT IS HEREBY ORDERED** that the Letter Request is **GRANTED.**

On or before October 24, 2025, Defendants may file a reply brief, not to exceed 12 pages, in

further support of their Joint Motion to Dismiss the Amended Complaint (DI 29).

                BY THE COURT:

                _____
                JOHN F. MURPHY, J.