**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BETH ANN MCCAFFERY | : CIVIL ACTION |
| | : |
| v. | : NO.  25-2429 |
| | : |
| NEW YORK UNIVERSITY SCHOOL | : |
| OF LAW, NEW YORK UNIVERSITY, | : |
| PATRICIA CUMMINGS | : |

## ORDER

**AND NOW**, this 16th day of March 2026, upon considering the defendants' joint motion

to dismiss the amended complaint (DI 29), plaintiff's opposition (DI 33), defendants' reply (DI

37), following our November 12, 2025 oral argument, plaintiff's supplemental briefing (DI 42),

defendants' response to the supplemental briefing (DI 44), and for reasons in the accompanying

memorandum, it is **ORDERED**:

1.      Defendants' joint motion to dismiss the amended complaint (DI 29) is

**GRANTED in part**.

2.      We **DISMISS** the amended complaint (DI 26) without prejudice and **DENY** the

request for fees without prejudice.

3.      Plaintiff may, if the facts allow, file a second amended complaint no later than

**March 31, 2026**.[1]

MURPHY, J.

---

[1] As the memorandum explains at length, it is not readily apparent what amendments would be effective given our legal analysis and the facts as already affirmatively pled.  But we dismiss without prejudice in the abundance of caution.