### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH ANN MCCAFFERY | : CIVIL ACTION |
| | : |
| v. | : NO.  25-2429 |
| | : |
| NEW YORK UNIVERSITY SCHOOL | : |
| OF LAW, NEW YORK UNIVERSITY, | : |
| PATRICIA CUMMINGS | : |

## ORDER

**AND NOW**, this 30th day of March 2026, upon considering our March 16, 2026 memorandum and order (DI 46, 47), and plaintiff's notice of intent to stand on the complaint and request for entry of a final order (DI 48), it is **ORDERED** that the complaint is dismissed with prejudice and the Clerk of Court shall **close** this case.

_____
MURPHY, J.