**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BETH ANN MCCAFFERY** | : CIVIL ACTION |
| | : |
| **v.** | : NO.  25-2429 |
| | : |
| **NEW YORK UNIVERSITY SCHOOL** | : |
| **OF LAW, NEW YORK UNIVERSITY,** | : |
| **PATRICIA CUMMINGS** | : |

## ORDER

**AND NOW**, this 31st day of March 2026, in response to the two letters (DI 49, 51), it is

**ORDERED** that entry of judgment will not be delayed, nor the time of appeal extended, to

resolve a prospective motion for fees.  *See* Fed. R. Civ. P. 58(e).


_____
MURPHY, J.