## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETH ANN MCCAFFERY : CIVIL ACTION
:
v. : NO.  25-2429
:
NEW YORK UNIVERSITY SCHOOL :
OF LAW, NEW YORK UNIVERSITY, :
PATRICIA CUMMINGS :

## ORDER

AND NOW, this 14th day of April 2026, upon considering defendants' joint motion for attorneys' fees and expenses (DI 55), it is ORDERED defendants' joint motion (DI 55) is DENIED without prejudice.[1]

MURPHY, J.

---

[1] The motion may be renewed by simple request if and when the judgment is affirmed.  Plaintiff is free to respond to the motion while the appeal is pending if she wishes.  *See* DI 52.